## No. 212
## KATONA v. TAYLOR

Ohio Appeals, 2nd Dist., Franklin Co.
No. 15333. Decided Nov. 25, 1925

755. MECHANICS LIEN—Where jury omits to find on claim of subcontractor holding mechanics lien, but includes amount of said claim in verdict, it is proper for trial court in rendering judgment on said verdict to correct such ommission of jury where it is manifest from the evidence that such amount is included in said verdict.

PER CURIAM.

Action in the Franklin Common Pleas by D. A. Taylor to recover of Joseph Katona an amount due for labor and material. Harry Welnitz was made party defendant because of sub-contractors lien in amount of $138.26. Said Welnitz in his answer and cross petition set up said claim of $138.26 which claim was practically undisputed. The answer of Katona contained a cross petition for damages in amount

## STATE COURT OF APPEALS—Continued

of $1234. The jury returned a verdict for Taylor in the amount of $549.33, the full amount prayed for, disallowing the claim of Katona.

The trial court, in rendering judgment upon the verdict, deducted from Taylor's claim as allowed by the jury, the amount of the subcontractor's claim, rendering judgment in favor of Taylor for the net amount, and also rendered judgment in favor of Welnitz for the full amount due him. Katona prosecuted error to this court, excepting to the charge of the court regarding the claim of Welnitz. The Court of Appeals held:

1. Although the charge of the court regarding said claim was correct, the jury disregarded said charge and allowed the entire claim of Taylor and made no finding on the claim of Welnitz.

2. In view of the fact that the court in rendering judgment corrected this omission of the jury, Katona was in no way prejudiced thereby and no foundation for reversal arose out of the error or omission of the jury in this respect.

Judgment affirmed.

Attorneys—Harry A. Clark for Katona; Beatty, Houck, Myers and Sillman for Taylor; all of Columbus.